# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO QUINTERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, et al and DOES 1 TO 8,<br><br>　　　　Defendants. | 1:12-cv-00675 LJO GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS** |

Following review, this Court finds that liberally construing the Complaint for purposes of pro se screening, Plaintiff has sufficiently stated a cause of action for violations of Title 42 United States Code sections 2000d and 2000e-2.

*USM-285 Forms*

Because Plaintiff is proceeding in forma pauperis, service of the Complaint will be effected by way of the United States Marshal. *See* Fed. R. Civ. P. 4(c)(3).

In accordance with the above, this Court has determined as follows:

1.　Service is appropriate for Defendant Fresno Unified School District;

2.　The Clerk of the Court shall send Plaintiff a single USM-285 form, and summons,

1    an instruction sheet, a copy of the Complaint filed on April 30, 2012, and a copy
2    of this Order;
3   3.   **Within THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete
4    the attached Notice of Submission of Documents and return the completed Notice
5    to the Court with the following documents:
6       a.   Completed summons;
7       b.   A completed USM-285 form for the Defendant listed above;
8       c.   A copy of the endorsed Complaint filed April 30, 2012; and
9       d.   A copy of the instant Order;
10  4.   Plaintiff need not attempt service on Defendant and need not request waiver of
11   service. Upon receipt of the above-described documents, the Court will direct the
12   United States Marshal to serve the above-named Defendant pursuant to Federal
13   Rule of Civil Procedure 4 without payment of costs;
14  5.   *The failure to comply with this Order will result in a Recommendation that this*
15   *action be dismissed.*

IT IS SO ORDERED.

**Dated:   August 2, 2012**               /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2