# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO QUINTERO, | 1:12-cv-00675 LJO GSA |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS** |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, et al and DOES 1 TO 8, | |
| Defendants. | |

Following review, this Court finds that liberally construing the Complaint for purposes of pro se screening, Plaintiff has sufficiently stated a cause of action for violations of Title 42 United States Code sections 2000d and 2000e-2.

*USM-285 Forms*

Because Plaintiff is proceeding in forma pauperis, service of the Complaint will be effected by way of the United States Marshal. *See* Fed. R. Civ. P. 4(c)(3).

In accordance with the above, this Court has determined as follows:

1. Service is appropriate for Defendant Fresno Unified School District;

2. The Clerk of the Court shall send Plaintiff a single USM-285 form, and summons,

an instruction sheet, a copy of the Complaint filed on April 30, 2012, and a copy of this Order;

3. **Within THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and return the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. A completed USM-285 form for the Defendant listed above;

    c. A copy of the endorsed Complaint filed April 30, 2012; and

    d. A copy of the instant Order;

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

5. *The failure to comply with this Order will result in a Recommendation that this action be dismissed*.

IT IS SO ORDERED.

**Dated:** **August 2, 2012**          /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE