1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMETRIO A. QUINTERO, | ) | 1:12-cv-00675 LJO GSA |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING SERVICE BY THE** |
| | ) | **UNITED STATES MARSHAL WITHOUT** |
| v. | ) | **PREPAYMENT OF COSTS** |
| | ) | |
| FRESNO UNIFIED SCHOOL DISTRICT, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        Plaintiff Demetrio Quintero is proceeding in forma pauperis pursuant to Title 42 of the

United States Code section 2000d.  The court previously ordered Plaintiff to provide information

for service of process on form USM-285, sufficient copies of the complaint for service, and a

notice of compliance.  Plaintiff has filed the required papers.  Accordingly, IT IS HEREBY

ORDERED that:

        1.      The Clerk of the Court is directed to forward the following documents to the

                United States Marshal:

                        (1)      One completed and issued summons for each defendant to be

                                served;

1

(2)     One completed USM-285 form for each defendant to be served;

(3)     One copy of the complaint filed on April 30, 2012, for each
defendant to be served, plus an extra copy for the Marshal;

(4)     One copy of this order for each defendant to be served, plus an
extra copy for the Marshal;

(5)     One copy of the court's consent form for each defendant to be
served.

2.     Within ten days from the date of this order, the United States Marshal is directed
to notify the following defendant of the commencement of this action and to
request a waiver of service in accordance with the provisions of Federal Rules of
Civil Procedure rule 4(d) and Title 28 of the United States Code section 566(c):

Fresno County School District

3.     The United States Marshal is directed to retain the summons and a copy of the
complaint in their file for future use.

4.     The United States Marshal shall file returned waivers of service as well as any
requests for waivers of service that are returned as undelivered as soon as they are
received.

5.     If a waiver of service is not returned by a defendant within sixty days of the date
of mailing the request for waiver, the United States Marshal shall:

a.  Personally serve process and a copy of this order upon the defendant
pursuant to Rule 4 of the Federal Rules of Civil Procedure and Title 28 of
the United States Code section 566(c).

b.  Within ten days after personal service is effected, the United States
Marshal shall file the return of service for the defendant, along with
evidence of any attempts to secure a waiver of service of process and of
the costs subsequently incurred in effecting service on said defendant.

1                Said costs shall be enumerated on the USM-285 form and shall include the

2                costs incurred by the Marshal's office for photocopying additional copies

3                of the summons and complaint and for preparing new USM-285 forms, if

4                required.  Costs of service will be taxed against the personally served

5                defendant in accordance with the provisions of Federal Rules of Civil

6                Procedure rule 4(d)(2).

7       6.      In the event that defendants make an appearance in this action by filing an answer,

8                dispositive motion, or other pleading, the United States Marshals Service need not

9                personally serve those defendants.

10      7.      In the event that defendants either waive service or are personally served,

11               defendants are required to reply to the complaint. *See* 42 U.S.C. §1997e(g)(2).

IT IS SO ORDERED.

**Dated:**   **October 2, 2012**           _____**/s/ Gary S. Austin**_____
                                      UNITED STATES MAGISTRATE JUDGE